# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 25, 2020

161990 & (37)

T.P. NYKORIAK,
           Plaintiff-Appellant,

v

BENNY NAPOLEON, WAYNE COUNTY
CLERK, and WAYNE COUNTY BOARD OF
ELECTION COMMISSIONERS,
           Defendants-Appellees.

_____/

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 161990
COA: 354410
Wayne CC: 20-008162-AW

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal prior to decision by the Court of Appeals is considered, and it is DENIED, because the Court is not persuaded that the questions presented should be reviewed by this Court before consideration by the Court of Appeals.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 25, 2020



Clerk

s0922